NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ALEXANDER M. SHUKH,**
*Petitioner.*

---

Miscellaneous Docket No. 132

---

On Petition for a Writ of Mandamus to the United States District Court for the District of Minnesota, case no. 10-CV-404, Judge John R. Tunheim.

ON PETITION

---

## ORDER

Alexander M. Shukh submits a petition for a writ of mandamus to direct the United States District Court for the District of Minnesota to vacate its order that denied production of certain documents to Shukh and to direct the district court to order production of the documents.

Upon consideration thereof,

IT IS ORDERED THAT:

Seagate Technology, LLC et al. are directed to respond no later than August 8, 2012.

FOR THE COURT

**JUL 19 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Constantine John Gekas, Esq.
     Sarah E. Benjes, Esq.
     USDC, D. Minn., Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 9 2012

JAN HORBALY
CLERK

s8